SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/15
ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

VICTOR HUGO DIAZ MORALES,
    a/k/a "Victor Manuel Villegas Castillo,"
    a/k/a "Rojo,"

                    Defendant.

- - - - - - - - - - - - - - - - - - - X

**INDICTMENT**

**15 CRIM 379**

## COUNT ONE

The Grand Jury charges:

1. From at least in or about 2003, up to and including in or about June 2015, in Guatemala, Honduras and elsewhere, and in an offense begun out of the jurisdiction of any particular State or district, VICTOR HUGO DIAZ MORALES, a/k/a "Victor Manuel Villegas Castillo," a/k/a "Rojo," the defendant, who will be first brought to and arrested in the Southern District of New York and whose point of entry into the United States will be in the Southern District of New York, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that VICTOR HUGO DIAZ MORALES, a/k/a "Victor Manuel Villegas Castillo," a/k/a "Rojo," the defendant, and others known and unknown, would and did import into the United States and into the customs



territory of the United States from a place outside thereof a controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1).

       3. It was further a part and an object of the conspiracy that VICTOR HUGO DIAZ MORALES, a/k/a "Victor Manuel Villegas Castillo," a/k/a "Rojo," the defendant, and others known and unknown, would and did manufacture and distribute a controlled substance, intending and knowing that such substance would be unlawfully imported into the United States and into waters within a distance of 12 miles of the coast of the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 959(a) and 960(a)(3).

       4. The controlled substance that VICTOR HUGO DIAZ MORALES, a/k/a "Victor Manuel Villegas Castillo," a/k/a "Rojo," the defendant, conspired to (i) import into the United States and into the customs territory of the United States from a place outside thereof, and (ii) manufacture and distribute, intending and knowing that such substance would be unlawfully imported into the United States and into waters within a distance of 12 miles of the coast of the United States from a place outside thereof, was five kilograms and more of mixtures and substances containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Section 960(b)(1)(B).

    (Title 21, United States Code, Sections 959(c) and 963; and
        Title 18, United States Code, Section 3238.)

## FORFEITURE ALLEGATION

5. As a result of committing the controlled substance offense charged in Count One of this Indictment, VICTOR HUGO DIAZ MORALES, a/k/a "Victor Manuel Villegas Castillo," a/k/a "Rojo," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense charged in Count One of this Indictment.

### Substitute Assets Provision

6. If any of the above-described forfeitable property, as a result of any act or omission of VICTOR HUGO DIAZ MORALES, a/k/a "Rojo," a/k/a "Victor Manuel Villegas Castillo," the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Sections 853(p) and 970, to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 853 & 970.)

_____
FOREPERSON

_____
PREET BHARARA APC
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

VICTOR HUGO DIAZ MORALES,
a/k/a "Victor Manuel Villegas Castillo,"
a/k/a "Rojo,"

Defendant.

INDICTMENT

15 Cr.

(21 U.S.C. §§ 959(c) & 963; and
18 U.S.C. § 3238.)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

6/17/15 – Filed Sealed Indictment
ae     A/W issued.
                Judy Gorenstein
                AUSA