JAITHERF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

        v.                                    15 CR 379 (PKC)

JUAN ANTONIO HERNANDEZ ALVARADO,

                Defendant.

------------------------------x

                                New York, N.Y.
                                October 18, 2019
                                12:15 p.m.

Before:

                HON. P. KEVIN CASTEL,

                            District Judge

                  APPEARANCES

GEOFFREY S. BERMAN,
    United States Attorney for the
    Southern District of New York
EMIL J. BOVE, III
AMANDA HOULE
JASON RICHMAN
    Assistant United States Attorneys

OMAR MALONE
MICHAEL R. TEIN
    Attorneys for Defendant


ALSO PRESENT:  HUMBERTO GARCIA, Interpreter (Spanish)
              CRISTINA WEISZ, Interpreter (Spanish)
              BRIAN FAIRBANKS, DEA
              MORGAN HURST, Paralegal, USAO

JAITHERF

1         (Jury not present)
2         THE COURT:  I have a note that came in a few minutes
3    ago, around 12:08 or so, that says simply the jury has reached
4    a verdict.  And it's signed by Juror No. 22 as foreperson,
5    which is, as I understand it, Juror No. 7.
6         So that's what we have, and I'm going to have my
7    jurors brought in, so please stand for the jury.
8         (Jury present)
9         THE COURT:  Will the foreperson please identify
10   themselves.
11        I understand the jury has reached a verdict, is that
12   correct?
13        THE FOREPERSON:  Yes.
14        THE COURT:  And have you completed the verdict sheet?
15        THE FOREPERSON:  Yes.
16        THE COURT:  And have you signed and dated it?
17        THE FOREPERSON:  Yes.
18        THE COURT:  Please hand it to the clerk.
19        (Document handed)
20        THE COURT:  Is it unanimous?
21        THE FOREPERSON:  Yes.
22        THE COURT:  All right.  Please return the verdict
23   sheet to Juror No. 7, and Madam Deputy, if you will please take
24   the verdict.
25        (Document handed)

JAITHERF

1  DEPUTY CLERK:  Count One, narcotic importation
2  conspiracy, guilty or not guilty?
3  THE FOREPERSON:  Guilty.
4  DEPUTY CLERK:  Has the government proven beyond a
5  reasonable doubt that the conspiracy charged in Count One
6  involved mixtures or substances containing detectable amounts
7  of cocaine?
8  THE FOREPERSON:  Yes.
9  DEPUTY CLERK:  Has the government proven beyond a
10 reasonable doubt that the conspiracy charged in Count One
11 involved five or more kilograms of mixtures or substances
12 containing cocaine?
13 THE FOREPERSON:  Yes.
14 DEPUTY CLERK:  As to Count Two, possession of machine
15 guns and destructive devices, guilty or not guilty?
16 THE FOREPERSON:  Guilty.
17 DEPUTY CLERK:  Has the government and proven beyond a
18 reasonable doubt that the offense charged in Count Two involved
19 a machine gun?
20 THE FOREPERSON:  Yes.
21 DEPUTY CLERK:  Has the government proven beyond a
22 reasonable doubt that the offense charged in Count Two involved
23 a destructive device?
24 THE FOREPERSON:  No.
25 DEPUTY CLERK:  Count Three, conspiracy to possess

JAITHERF

1  machine guns and destructive devices, guilty or not guilty?
2          THE FOREPERSON:  Guilty.
3          DEPUTY CLERK:  Has the government proven beyond a
4  reasonable doubt that the offense charged in Count Three
5  involved a machine gun?
6          THE FOREPERSON:  Yes.
7          DEPUTY CLERK:  Has the government proven beyond a
8  reasonable doubt that the offense charged in Count Three
9  involved a destructive device?
10         THE FOREPERSON:  No.
11         DEPUTY CLERK:  Count Four, making false statements,
12 guilty or not guilty?
13         THE FOREPERSON:  Guilty.
14         THE COURT:  All right.  Please be seated.
15         Madam Deputy, if you will please poll the jury.
16         DEPUTY CLERK:  Juror No. 1, is that your verdict?
17         JUROR:  Yes.
18         DEPUTY CLERK:  Juror No. 2, is that your verdict?
19         JUROR:  Yes.
20         DEPUTY CLERK:  Juror No. 3, is that your verdict?
21         JUROR:  Yes.
22         DEPUTY CLERK:  Juror No. 4, is that your verdict?
23         JUROR:  Yes.
24         DEPUTY CLERK:  Juror No. 5, is that your verdict?
25         JUROR:  Yes.

1  DEPUTY CLERK:  Juror No. 6, is that your verdict?
2  JUROR:  Yes.
3  DEPUTY CLERK:  Juror No. 7, is that your verdict?
4  JUROR:  Yes.
5  DEPUTY CLERK:  Juror No. 8, is that your verdict?
6  JUROR:  Yes.
7  DEPUTY CLERK:  Juror No. 9, is that your verdict?
8  JUROR:  Yes.
9  DEPUTY CLERK:  Juror No. 10, is that your verdict?
10  JUROR:  Yes.
11  DEPUTY CLERK:  Juror No. 11, is that your verdict?
12  JUROR:  Yes.
13  DEPUTY CLERK:  Juror No. 12, is that your verdict?
14  JUROR:  Yes.
15  DEPUTY CLERK:  The jury has been polled.
16  THE COURT:  Please retrieve the verdict form from the
17  foreperson.
18  (Document handed)
19  THE COURT:  Any objection from the government to my
20  discharging the jury?
21  MR. BOVE:  No, your Honor, thank you.
22  THE COURT:  Any objection from the defendant to my
23  discharging the jury?
24  MR. MALONE:  No, sir.
25  THE COURT:  All right.  Ladies and gentlemen, the

words I'm about to say to you are the same that I would say if your verdict had been very different than the one you have returned.  I sit here in awe of you.  You have worked hard.  Yes, I have commented that you're punctual, but that's the small stuff.  The hard stuff is sitting and listening to a problem, an issue, a case involving real live human beings knowing that you would have to make tough decisions at the end of the case.  That's why I'm in awe.

There was a judge who sat on this Court for many years, his name was Edward Weinfeld, and he had an unusual custom, he wouldn't thank jurors for their service.  He would say:  I will not thank you.  And then he would go on to explain:  Because that cheapens what you did.  You didn't come here as a favor to me or a favor to the parties to this case, you came here because you were called upon as citizens of the United States of America to come and serve and to do your duty.  It's a duty that caused you to be separated from your daily lives, your families, your chores, everything, to follow unusual rules.

But I want you to think with me for a second of how this would all be if, in our country, decisions like this were made by honest and well-meaning judges who wore black robes.  Why have a jury?  Well, the reality is no matter how fair, no matter how honest, no matter how conscientious that judge is, there would always be questions in the minds of some people:

What was his or her agenda? Who appointed them to the bench? What promotion do they seek? There would not be the confidence that there is when a jury speaks.

We live in a country, as I often put it, in which twelve people can't come together to agree on a pizza topping. And yet, you are people who probably would never encounter one another in your whole lives. If you lived very long lives into old age, there is a good chance you would never have met one another. Yet you came together and acted as one. That's something for me to be in awe of, and for you, as your life goes on, to look back on with pride as a moment of great service, public service.

Now we're coming up on holidays. It's going to be a blink of the eye and it's going to be Thanksgiving and you're going to get together with family and friends. And I don't want you to be mean to anyone, but it's going to happen that you will run into a neighbor or a family member or a friend and they're going to tell you how they beat their way out of jury service or how they plan to beat their way out of jury service. And I want you to think of me and I want you to think of your fellow jurors and your own service. Don't be mean to anyone, but in your own polite way let them know that you don't find that one bit funny, because you now know how important jury service is to our democracy, to our system of government. You have been there. You have done it. You have served.

JAITHERF

1           And I'm going to make another request of you.  Life is
2  strange, and it may come to pass that we'll cross paths one day
3  on a subway or at an event or on a street, and I hope that you
4  will remind me of how we first met.
5           Now you are discharged, and you will be free to
6  discuss the case with whomever you choose or refrain from
7  discussing the case.  I will tell you what some of the jurors
8  who have sat in the very chairs you are sitting in right now
9  have followed as their rule.  They will tell anybody anything
10 they want to know about the lawyers in the case or the parties
11 in the case or the courtroom or the judge or the witnesses.
12 They will talk about what went on in this courtroom, but they
13 choose not to discuss with anyone what went on in the jury room
14 between and among their fellow jurors.  That they have
15 considered as something sacred that they keep to themselves in
16 their bosom.  That is not something that they talk about.  You
17 will have the right to make your own decision on that question,
18 but I tell you what others have done.
19           And now, ladies and gentlemen, I am going to ask all
20 present in the courtroom to stand and rise one last time in
21 honor of our jurors.
22           Madam Deputy.
23           DEPUTY CLERK:  All rise.
24           THE COURT:  You are discharged, ladies and gentlemen.
25           (Jury excused)

1  THE COURT:  Are there any applications from the
2  government?
3  MR. BOVE:  No, Judge.
4  THE COURT:  Any applications from the defendant?
5  MR. MALONE:  Not at this time, Judge.
6  THE COURT:  All right.  Again, I thank the attorneys
7  for their excellent job in representing their clients in their
8  professional job, and we are adjourned.  Thank you.
9  One second, before we go, let me fix a date for
10  sentencing.
11  DEPUTY CLERK:  January 17 at 2:30.
12  THE COURT:  All right.  Thank you all very much.
13  (Trial concluded)