

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 10, 2024

Via ECF
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **United States v. Juan Orlando Hernandez, S7 15 Cr. 379 (PKC)**

Dear Judge Castel:

The Government respectfully writes in connection with the sentencing in this matter scheduled for June 26, 2024 at 11:00 a.m. Earlier today, the Court denied defendant Juan Orlando Hernandez's request for a two week adjournment of sentencing, but granted an extension, from June 12 to June 21, 2024, for the defendant to file his sentencing submission. (*See* Dkt. 793). Under the Court's Individual Rules, the Government's sentencing submission remains due on June 19, 2024, one week in advance of sentencing. With the defendant's submission now due on June 21, 2024, in order to allow the Government the ability to respond to arguments raised in the defendant's submission, the Government respectfully requests a brief adjournment of the deadline to file its sentencing submission to June 24, 2024.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  ___/s/___
Jacob H. Gutwillig
David J. Robles
Elinor L. Tarlow
Kyle A. Wirshba
Assistant United States Attorneys
(212) 637-2215 / -2550 / -1036 / -2493

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

6-11-24