Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

**Southern** District of **New York**

Caption:
United States of America v.

Juan Orlando Hernandez Alvarado

Docket No.: **15-CR-379**
**P. Kevin Castel**
(District Court Judge)

Notice is hereby given that **Juan Orlando Hernandez Alvarado** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other | **of conviction and sentence** (specify) entered in this action on **06/28/2024** (date).

This appeal concerns: Conviction only | __ Sentence only | __ Conviction & Sentence ✓ Other | __

Defendant found guilty by plea | __ | trial | ✓ | N/A | __

Offense occurred after November 1, 1987? Yes ✓ No | __ N/A | __

Date of sentence: **06/26/2024**    N/A | __

Bail/Jail Disposition: Committed ✓    Not committed | __    N/A | __

Appellant is represented by counsel? Yes ✓ ] No | __ If yes, provide the following information:

Defendant's Counsel: **Renato C. Stabile**
Counsel's Address: **580 Broadway, Suite 600**
**New York, NY 10012**
Counsel's Phone: **917-204-0181**

Assistant U.S. Attorney: **Jacob Gutwillig**
AUSA's Address: **One St. Andrew's Plaza**
**New York, NY 10007**
AUSA's Phone: **212-637-2215**

Signature