Renato C. Stabile
Attorney at Law
580 Broadway, Suite 600
New York, NY  10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com


January 22, 2025

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:     *United States v. Juan Orlando Hernandez, et al*, 15 Cr. 379 (PKC)

Dear Judge Castel:

Defendant Juan Orlando Hernandez respectfully requests that the Court renew its June 26, 2024 Order (Dkt. 806) recommending that Mr. Hernandez remain at the Metropolitan Detention Center ("MDC") in Brooklyn, to facilitate access to his appellate counsel pending the filing of the briefs in his anticipated appeal. Mr. Hernandez's appellate brief is due on March 31, 2025 and we request that the Court recommend that he remain at the MDC until that date, so that he can assist with his appeal and so that counsel has meaningful access to him, which is necessary to provide effective assistance of counsel. Such a request was granted in *United States v. Bankman-Fried,* 22-CR-673 (LAK) (Dkt. 440) and *United States v. Carl,* No. 07-CR-29-P-S, 2008 WL 4615556 (D. Me. Oct. 16, 2008). Mr. Bankman-Fried remains at the MDC to this day.

In addition, Mr. Hernandez's status as the former president of Honduras poses a threat to his security and safety, particularly given that Mr. Hernandez was responsible for extraditing many high-profile drug traffickers to the United States and the MDC has been able to maintain his security. His remaining at MDC will mitigate the risk to his safety, while also allowing him to remain close to his appellate counsel. A proposed Order accompanies this letter.

I thank the Court for its continued consideration.

Respectfully submitted,
/s/
Renato C. Stabile

attachment

cc:     All counsel
(via ECF)