UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JUAN ORLANDO HERNANDEZ,

      Defendant.

---

Case No. 15-cr-379 (PKC)

## ORDER

Pursuant to Federal Rule of Criminal Procedure 38(b)(2), the Court RECOMMENDS to the Bureau of Prisons that defendant Juan Orlando Hernandez remain confined at the Metropolitan Detention Center in Brooklyn, New York, until March 31, 2025, which is the date his appellate brief is due *(by counsel for defendant)*. A copy of this Order shall be forwarded to the Bureau of Prisons.

SO ORDERED

_____
HONORABLE P. KEVN CASTEL
UNITED STATES DISTRICT JUDGE

1-22-25
_____
DATE

*Letter motion ECF 851 should be terminated*