# Inner City Press

September 15, 2025

By email to Chambers and counsel

Hon. P. Kevin Castel, United States District Judge
Southern District of New York, 500 Pearl Street, New York, NY 10007

Re: Press application challenging the apparently complete sealing of all of the sentencing memorandum and attachments of Victor Hugo Diaz Morales in USA v. Morales, et al., 1:15-cr-379 (PKC)

Dear Judge Castel:

Inner City Press has been covering the above captioned cases including the trials.

On Septemb25, 2025 defense counsel to lead named defendant Victor Hugo Diaz Morales submitted a one page motion to seal, asking "the Court to SEAL the attached Sentence Memorandum" - apparently, in its entirety. Dkt. 863.

This does not comply with *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006) - which states, "The common law right of public access to judicial documents is firmly rooted in our nation's history."

This is a request, on behalf of Inner City Press and in my personal capacity, to unseal the sentencing memo and exhibits. As for example the Second Circuit ruled on July 28, 2025 in *Lee v. Greenwood*, 23-7432 (Ramos), sealing must be justified by "specific, on-the-record findings that sealing is necessary to preserve higher values." See, https://ww3.ca2.uscourts.gov/decisions/isysquery/951288b2-3be2-421a-b914-d6d19c276f04/2/doc/23-7432_opn.pdf, now --- F.4th ----, No. 23-7432-cr, 2025 WL 2101302, at *2 (2d Cir. July 28, 2025).

At a recent meeting of this Court's Media Access Committee it was suggested that such a press request should be made in writing to the District Judge; the AUSA and defense are receiving it by email. But it would seem to be up to the Court to unseal. Please docket and act on this challenge to the sealing(s) in this case, as SDNY Judges Hellerstein, Caproni, Subramanian, Faila, Furman and others have done. See, e.g., https://storage.courtlistener.com/recap/gov.uscourts.nysd.516151/gov.uscourts.nysd.516151.85.0.pdf .

Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.Lee@innercitypress.com - Tel: 718-716-3540
Regular Mail: Dag Hammarskjold Center, Box 20047, New York, NY 10017

If deemed necessary, this now is a request to intervene, see *United States v. All Funds on Deposit at Wells Fargo Bank*, 643 F. Supp. 2d 577, 580 (S.D.N.Y. 2009)

Please docket and act on this request, as soon as possible. From the docket it is not immediately clear when sentencing is scheduled; the inappropriate redactions should be reversed before sentencing.

Thank you.

Respectfully submitted,

/s/

Matthew Russell Lee, Inner City Press

cc: scottkalisch@bellsouth.net, david.robles@usdoj.gov