# MANDATE

S.D.N.Y. – N.Y.C.
15-cr-379
Castel, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21ˢᵗ day of November, two thousand twenty-five.

Present:

Amalya L. Kearse,
Raymond J. Lohier, Jr.,
Steven J. Menashi,
*Circuit Judges*.

United States of America,

*Appellee*,

v.

Victor Hugo Diaz Morales, AKA Victor Hugo
Villegas Castillo, AKA Rojo, Juan Antonio
Hernandez Alvarado, AKA Tony Hernandez, et al.,

*Defendants*,

Mauricio Hernandez Pineda, Juan Orlando Hernandez,
AKA JOH, Juan Carlos Bonilla Valladares, AKA
El Tigre,

*Defendants-Appellants*.

24-1868 (L),
24-2148 (Con),
24-1891 (Con)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 19, 2026

The Government moves to dismiss Appellant Juan Carlos Bonilla Valladares's appeal as barred by the waiver of appellate rights contained in Appellant's plea agreement. Appellant, through counsel, opposes. We construe the Government as alternatively moving for summary affirmance. *See United States v. Monsalve*, 388 F.3d 71, 73 (2d Cir. 2004) (per curiam). Upon due consideration, it is hereby ORDERED that the motion to dismiss is GRANTED and the appeal is DISMISSED with respect to Appellant's appeal of his term of imprisonment. Appellant has not demonstrated that the waiver of his appellate rights is unenforceable. *See Cook v. United States*,

**MANDATE ISSUED ON 02/18/2026**

84 F.4th 118, 122 (2d Cir. 2023); *United States v. Gomez-Perez*, 215 F.3d 315, 319–20 (2d Cir. 2000). It is further ORDERED that the Government's motion for summary affirmance is GRANTED with respect to Appellant's appeal of his conviction.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

2